**Dismiss and Opinion Filed April 29, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00460-CV**

**IN RE MONTINE JANNETTE NYHAN, Relator**

**Original Proceeding from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-03495-3**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

In this mandamus proceeding, relator complains of the trial court's April 10, 2020 temporary restraining order. We have received the trial court's April 21, 2020 order vacating that TRO. A justiciable controversy no longer exists, and we dismiss the petition as moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

200460F.P05